UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>Plaintiff,<br><br>v.<br><br>EVARISTO PELAYO, et al.,<br><br>Defendants. | Case No. 22-cv-04060-AGT (LJC)<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE JOINT STATUS REPORT RE: SETTLEMENT NEGOTIATIONS** |

The parties were previously referred to the undersigned for a settlement conference. ECF No. 30. On February 22, 2024, Plaintiff was instructed to provide a new settlement demand to Defendants by February 29, 2024, and the parties were to meet and confer regarding that settlement proposal on March 1, 2024. ECF No. 33. By March 11, 2024, the parties shall file a joint status report updating the Court as to the status of settlement negotiations.

**IT IS SO ORDERED.**

Dated: March 6, 2024

LISA J. CISNEROS
United States Magistrate Judge